IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| CLASSIC AIR CHARTER, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) No. 25-286C |
| Defendant, | ) Judge Hertling |
| and | ) |
| CSI AVIATION, INC. | ) |
| Defendant-Intervenor. | ) |

DEFENDANT'S NOTICE OF SERVICE OF ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 23, of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, notifies the Court that it has made available the complete administrative record to all parties and to the court via electronic transfer. Attached to this notice is the certified index. The administrative record produced by the United States contains a subset of the procurement record, as agreed to by the parties.

I hereby certify under penalty of perjury that on this 11th day of March, 2025, I served the contents of the administrative record to all parties and the Court via the JEFS file transfer system.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        s/Douglas K. Mickle
        DOUGLAS K. MICKLE
        Acting Deputy Director

        s/Evan Wisser
        EVAN WISSER
        Senior Trial Counsel
        KELLY PALAMAR
        Trial Attorney
        Commercial Litigation Branch
        Civil Division, Department of Justice
        P.O. Box 480
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-3682
        Fax: (202) 307-0972
        E-mail: evan.wisser@usdoj.gov
        *Attorneys for the United States*

Dated: March 11, 2025

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

*******************************************

| | |
|---|---|
| CLASSIC AIR CHARTER, INC., | * |
| | * |
| Plaintiff, | *  No. 25-286C |
| | *  (Judge Hertling) |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| CSI AVIATION, INC., | * |
| | * |
| Defendant-Intervenors. | * |
| | * |

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

*******************************************

**INDEX TO THE ADMINISTRATIVE RECORD**

| Tab | Document Name/Description | Page |
|---|---|---|
| | **PHASE I – PRE-SOLICITATION / SOLICITATION** | |
| 1 | Independent Government Cost Estimate | 1 |
| 2 | SAM.gov Posting – Sources Sought (December 21, 2021) | 3 |
| | a.  Request for Information (RFI) | 9 |
| | b.  Performance Work Plan (PWS) | 12 |
| | c.  PWS Attachment A | 36 |
| 3 | Market Research Report (January 31, 2022) | 40 |
| 4 | Justification for Inclusion of Options (March 11, 2022) | 49 |
| 5 | Acquisition Planning Forecast System Record (November 2, 2022) | 50 |

| Tab | Document Name/Description | Page |
|---|---|---|
| 6 | SAM.gov Posting – RFI 2 (November 3, 2022) | 53 |
| | a. Draft PWS | 58 |
| | b. Industry Feedback Worksheet | 101 |
| 7 | Agency Emails to Industry (November/December 2022) | 103 |
| 8 | Transmittal Email to Industry – Draft Request for Proposal (RFP) (December 7, 2022) | 107 |
| | a. Draft RFP 70CDCR23R00000004 | 108 |
| | b. Draft RFP Attachment 1 – Statement of Works (SOW) | 196 |
| | c. Draft RFP Attachment 3 – Corporate Experience Questionnaire | 240 |
| | d. Comments/Questions Worksheet | 244 |
| 9 | Transmittal Email to Industry – Draft Request for Proposal (RFP) (December 9, 2022) | 246 |
| | a. Draft RFP Attachment 1 – Updated SOW | 247 |
| 10 | Transmittal Email to Industry – Draft Request for Proposal (RFP) (December 15, 2022) | 291 |
| | a. Consolidated Questions | 293 |
| 11 | Additional Agency Emails to Industry (December 19 & 28, 2022) | 304 |
| 12 | Transmittal Email to Industry – Draft Request for Quote (RFQ) (January 9, 2023) | 306 |
| | a. Industry Questions | 308 |
| | b. Draft RFP Attachment 1 – Updated SOW | 312 |
| | c. Draft RFQ Attachment 5 – Pricing Spreadsheet | 356 |

| Tab | Document Name/Description | Page |
|---|---|---|
|  | d. Draft RFQ Attachment 6 – Historical Data | 364 |
|  | e. Non-Disclosure Agreement | 372 |
|  | f. Comments Questions Worksheet | 375 |
| 13 | Transmittal Email to Industry – Draft RFQ (January 11, 2023) | 377 |
|  | a. Draft RFQ Attachment 3 – GSA Certification Template | 381 |
| 14 | Agency Emails to Industry – RFQ Status (January 12 & 21, 2023) | 382 |
| 15 | Determination & Findings |  |
|  | a. Time & Material/Labor Hours (January 19, 2023) | 384 |
|  | b. Single-Award Blanket Purchase Agreement (January 23, 2023) | 389 |
| 16 | Acquisition Plan (January 23, 2023) | 395 |
| 17 | Request for Quote 70CDCR23Q00000004 (January 23, 2023) | 408 |
|  | a. Attachment 1 – Terms and Conditions | 427 |
|  | b. Attachment 2 – SOW | 467 |
|  | c. Attachment 3 – GSA Certification Template | 511 |
|  | d. Attachment 4 – Corporate Experience Questionnaire | 513 |
|  | e. Attachment 5 – Pricing Spreadsheet | 517 |
|  | f. Attachment 6 – Historical Data | 524 |
|  | g. Attachment 7 – Reference Check Questions | 532 |
|  | h. Consolidated Comments Questions Worksheet | 534 |
|  | **PHASE I – QUOTE SUBMISSIONS / EVALUATION** |  |

| Tab | Document Name/Description | Page |
|---|---|---|
| 18 | Classic Air Charter (CAC) Quote (January 23, 2023) | 538 |
| 19 | CSI Aviation Quote (January 23, 2023) | 719 |
| 20 | Final Technical Evaluation Team Consensus Report (February 15, 2023) | 989 |
| 21 | Advisory Down-Select Notice – Proceed to Phase II (February 15, 2023) | |
| | a. CAC | 1029 |
| | b. CSI | 1030 |
| | **PHASE II – PRE-SOLICITATION / SOLICITATION** | |
| 22 | Phase II Instructions to Vendors (March 7, 2023) | |
| | a. CAC | 1031 |
| | b. CSI | 1036 |
| | c. Attachment 5 – Pricing Spreadsheet | 1041 |
| 23 | Amendment One – Phase II Instructions – All Vendors (March 16, 2023) | 1048 |
| | a. Attachment 5 – Pricing Spreadsheet | 1053 |
| 24 | Amendment Two – Phase II Instructions – All Vendors (March 23, 2023) | 1060 |
| | a. Attachment 5 – Pricing Spreadsheet | 1065 |
| | **PHASE II – QUOTE SUBMISSIONS** | |
| 25 | Classic Air Charter (December 11, 2023) | 1072 |
| 26 | CSI Aviation (December 11, 2023) | 1151 |
| 27 | Memorandum for Record – Oral Presentation Subcontractors (March 18, 2023) | 1245 |
| 28 | File Memorandum – Oral Presentation Transcripts (March 28, 2023) | 1246 |

| Tab | Document Name/Description | Page |
|---|---|---|
| | **PHSE II – QUOTE EVALUATION / DISCUSSIONS** | |
| 29 | Reference Checks – Classic Air Charter | 1247 |
| 30 | Reference Checks – CSI Aviation | 1249 |
| 31 | Reference Check Log | 1254 |
| 32 | Contractor Performance Assessment Reports – Classic Air Charter | 1255 |
| 33 | Contractor Performance Assessment Reports – CSI Aviation | 1296 |
| 34 | Contractor Performance Assessment Reports Check | 1347 |
| 35 | Memorandum for Record – Contractor Performance Assessment Report Call (September 12, 2023) | 1354 |
| 36 | Factor 3 Evaluation – Technical Capability (May 2023) | |
| | a. CAC | 1355 |
| | b. CSI | 1366 |
| 37 | Factor 4 Evaluation – Past Performance (May 10, 2023) | 1376 |
| 38 | Factor 5 Evaluation – Price Report (May 9, 2023) | 1474 |
| | **AWARD** | |
| 39 | Unsuccessful Offeror Notice / Brief Explanation of Award (May 11, 2023) | |
| | a. Classic Air Charter | 1484 |
| | b. CSI Aviation | 1486 |
| | **CORRECTIVE ACTION** | |
| 40 | Competitive Range Determination (October 16, 2023) | 1488 |
| 41 | Amendment Three – Phase II Instructions (October 17, 2023) | 1495 |

| Tab | Document Name/Description | Page |
|---|---|---|
|  | a. Attachment 1 – Terms and Conditions | 1498 |
|  | b. Attachment 1 – Terms and Conditions (Redlined) | 1541 |
|  | c. Attachment 5 – Pricing Spreadsheet | 1599 |
|  | d. Attachment 8 – Wage Determination | 1606 |
| 42 | Round 1 Discussions Letter (October 17, 2023) |  |
|  | a. CAC | 1711 |
|  | b. CSI | 1716 |
|  | **GAO PROTEST B-421683.4** |  |
| 43 | Docket Sheet | 1720 |
| 44 | Protest of Classic Air Charter (October 26, 2023) | 1722 |
|  | a. Protest Exhibits 1-14 | 1757 |
| 45 | Agency Report (November 27, 2023) |  |
|  | a. Memorandum of Law | 1958 |
|  | b. Contracting Officer's Statement of Facts | 1988 |
| 46 | Agency Report Exhibits (November 27, 2023) | 2000 |
| 47 | CAC Comments on the Agency Report (December 7, 2023) | 2692 |
| 48 | GAO Decision – Protest Denied (January 19, 2024) | 2724 |
|  | **POST-GAO PROTEST** |  |
| 49 | Amendment Four – Phase II Instructions (October 27, 2023) | 2734 |
|  | a. Attachment 5 – Pricing Spreadsheet | 2740 |

| Tab | Document Name/Description | Page |
|---|---|---|
| 50 | Round 1 Discussions Response – Classic Air Charter – Cover Letter (November 3, 2023) | 2747 |
| 51 | Round 1 Discussions Response – CSI Aviation – Cover Letter (November 3, 2023) | 2882 |
| 52 | Evaluation – Round 1 Discussions Response – Classic Air Charter (December 27, 2023) | |
| | a. Factors 1 & 2 | 2996 |
| | b. Factor 3 – Technical Capability | 3010 |
| 53 | Evaluation – Round 1 Discussion Response – CSI Aviation (December 27, 2023) | |
| | a. Factors 1 & 2 | 3035 |
| | b. Factor 3 – Technical Capability | 3052 |
| 54 | Evaluation – Round 1 Discussions Response– Factor 5 – Pricing (December 27, 2023) | 3075 |
| 55 | Round 2 Discussions Letter (January 5, 2024) | |
| | a. CAC | 3080 |
| | b. CSI | 3082 |
| 56 | Round 2 Discussions Response – Classic Air Charter (January 12, 2024) | 3084 |
| 57 | Round 2 Discussions Response – CSI Aviation (January 12, 2024) | 3088 |
| 58 | Evaluation – Round 2 Discussion – CSI Aviation – Factor 3 – Technical Capability (January 31, 2024) | 3113 |
| 59 | Evaluation – Round 2 Discussions – Factor 5 – Pricing (February 7, 2024) | 3147 |
| 60 | Round 3 Discussions Letter (February 7, 2024) | |

| Tab | Document Name/Description | Page |
|---|---|---|
|  | a. CAC | 3152 |
|  | b. CSI | 3154 |
| 61 | Round 3 Discussions Response – CSI Aviation (February 12, 2024) | 3157 |
| 62 | Responsibility Documents – CSI Aviation | 3201 |
| 63 | Contract No. 70CDCR24A00000001 Awarded to CSI Aviation (March 8, 2024) | 3214 |
|  | a. Contract Attachments A-D | 3217 |
| 64 | Unsuccessful Offeror Notice / Brief Explanation of Award – Classic Air Charter (March 8, 2024) | 3308 |
| 65 | Federal Procurement Data System Report of Award (March 8, 2024) | 3310 |
|  | **GAO PROTEST B-421683.5 & .6** |  |
| 66 | Docket Sheet | 3313 |
| 67 | Protest of Classic Air Charter (March 18, 2024) | 3316 |
|  | a. Protest Exhibits 1-44 | 3362 |
| 68 | Agency Request for Partial Dismissal (April 4, 2024) | 4080 |
| 69 | CAC Response to Dismissal Request (April 8, 2024) | 4085 |
| 70 | CSI Response in Support of Dismissal Request (April 8, 2024) | 4096 |
| 71 | Agency Report (April 17, 2024) |  |
|  | a. Memorandum of Law | 4098 |
|  | b. Contracting Officer's Statement of Facts | 4129 |
| 72 | Agency Report Exhibits (April 17, 2024) | 4151 |

| Tab | Document Name/Description | Page |
|---|---|---|
| 73 | CAC Supplemental Protest & Comments on the Agency Report (April 29, 2024) | 4982 |
|  | a.   Supplemental Protest Exhibits | 5036 |
| 74 | CSI Comments on the Agency Report (April 29, 2024) | 5041 |
| 75 | Supplemental Agency Report – Memorandum of Law (May 9, 2024) | 5060 |
|  | a.   Supplemental Agency Report Exhibits | 5082 |
| 76 | CAC Comments on the Supplemental Agency Report (May 14, 2024) | 5091 |
| 77 | CSI Comments on the Supplemental Agency Report (May 14, 2024) | 5125 |
| 78 | GAO Email to Counsel – ADR Outcome Prediction (May 22, 2024) | 5147 |
| 79 | GAO Decision – Protest Dismissed (May 31, 2024) | 5148 |
|  | **GAO PROTEST B-421683.7 (COSTS)** |  |
| 80 | Docket Sheet | 5149 |
| 81 | Protest of Classic Air Charter (June 12, 2024) | 5150 |
| 82 | GAO Decision (June 13, 2024) | 5152 |
|  | **GAO PROTEST B-421683.8** |  |
| 83 | Docket Sheet | 5153 |
| 84 | Protest of Classic Air Charter (June 13, 2024) | 5155 |
|  | a.   Protest Exhibits 1-15 | 5187 |
| 85 | Agency Request for Dismissal (June 24, 2024) | 5293 |
|  | a.   Dismissal Attachments 1 & 2 | 5297 |
| 86 | Classic Air Response to Dismissal Request (June 27, 2024) | 5303 |

| Tab | Document Name/Description | Page |
|---|---|---|
| 87 | CSI Response to Dismissal Request (June 27, 2024) | 5307 |
| 88 | GAO Decision – Protest Dismissed (July 1, 2024) | 5312 |
| | **SECOND CORRECTIVE ACTION** | |
| 89 | File Memorandum – Corrective Action (June 25, 2024) | 5315 |
| 90 | File Memorandum – iAero Bankruptcy Review (August 6, 2024) | 5317 |
| 91 | Revised File Memorandum – iAero Bankruptcy Review (August 25, 2024) | 5323 |
| 92 | Round 4 Discussions Letter (October 23, 2024) | |
| | a. CAC | 5329 |
| | b. CSI | 5331 |
| 93 | Round 4 Discussions Response – Classic Air Charter (October 30, 2024) | 5334 |
| 94 | Round 4 Discussions Response – CSI Aviation (October 30, 2024) | 5395 |
| 95 | Final Evaluation – Factor 4 – Past Performance (January 6, 2025) | 5525 |
| 96 | Final Evaluation – Factor 5 – Price | 5569 |
| 97 | Evaluation – Round 4 Discussion Response – Classic Air Charter – Factors 1 & 2 (January 25, 2025) | 5574 |
| 98 | Evaluation – Round 4 Discussion Response – CSI Aviation (January 25, 2025) | |
| | a. Factors 1 & 2 | 5582 |
| | b. Factor 3 | 5591 |
| 99 | Source Selection Decision Document (January 25, 2025) | 5602 |