# In the United States Court of Federal Claims

**BID PROTEST**

(Filed: March 25, 2025)

| | |
|---|---|
| CLASSIC AIR CHARTER, INC., | |
| *Plaintiff*, | |
| v. | Case No. 25-286C |
| THE UNITED STATES, | |
| *Defendant*, | Judge Hertling |
| and | |
| CSI AVIATION, INC. | |
| *Defendant-Intervenor*. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Defendant-Intervenor, CSI Aviation, Inc. ("CSI"), hereby discloses as follows:

- CSI has no parent corporation

- No publicly held corporation owns 10% or more of CSI's stock

Respectfully submitted,

Dated: March 25, 2025

*s/ Jennifer S. Zucker*
Jennifer S. Zucker
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Tel: (202) 331-3114
Fax: (202) 331-3101
zuckerjs@gtlaw.com
*Counsel for CSI Aviation, Inc.*