# In the United States Court of Federal Claims

No. 25-286C
Filed: April 21, 2025

---

**CLASSIC AIR CHARTER, INC.,**

    *Plaintiff,*

v.

**UNITED STATES,**

    *Defendant,*

**and**

**CSI AVIATION, INC.,**

    *Defendant-Intervenor*.

---

## ORDER

The defendant has filed a second unopposed motion to stay the case until May 2, 2025 (ECF 40).  For good cause shown, the motion is **GRANTED**, and the case remains **STAYED** pending further order of the Court.  No further extensions of the stay will be granted.  The defendant shall file a status report by **May 2, 2025**.

It is so **ORDERED**.

                                                       s/ Richard A. Hertling
                                                       **Richard A. Hertling**
                                                       **Judge**