IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

|  |  |
|---|---|
| CLASSIC AIR CHARTER, INC., ) | |
| Plaintiff, ) | |
| v. ) | |
| THE UNITED STATES, ) | No. 25-286C |
| Defendant, ) | Judge Hertling |
| and ) | |
| CSI AVIATION, INC. ) | |
| Defendant-Intervenor. ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's April 21, 2025 order (ECF No. 41), defendant, the United States, hereby provides this status report. On April 18, 2025, Immigration and Customs Enforcement (ICE) terminated the award to CSI Aviation, Inc., that is the subject of this protest, and on April 22, 2025, ICE cancelled the solicitation. Exhibit A. The Government believes that the termination of the award and the cancellation of the solicitation moot this protest and the parties will confer regarding the disposition of this matter. By May 7, 2025, unless the plaintiff has filed a notice of voluntary dismissal under RCFC 41(a)(1)(A), the United States will file a motion to dismiss.

|  |  |
|---|---|
| | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | PATRICIA M. McCARTHY<br>Director |
| OF COUNSEL:<br>Javier A. Farfan<br>Senior Attorney<br>Commercial and Administrative Law<br>Division<br>Office of the Principal Legal Advisor<br>U.S. Immigration and Customs Enforcement | s/Douglas K. Mickle<br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br>s/Evan Wisser<br>EVAN WISSER<br>Senior Trial Counsel<br>KELLY PALAMAR<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-3682<br>Fax: (202) 307-0972<br>E-mail: evan.wisser@usdoj.gov<br>*Attorneys for the United States* |
| Dated: April 22, 2025 | |