| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1  2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
500 12th St SW
WASHINGTON DC 20024

ICE/Detention Compliance & Removals
ICE Office of Acquisition Management
500 12th St SW
Washington DC 20024

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Csi Aviation, Inc.<br>Attn: Thomas Dunn<br>3700 RIO GRANDE BLVD NW<br>STE 1<br>ALBUQUERQUE NM 871072876 | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>70CDCR24A00000001 |
| | | 10B. DATED (SEE ITEM 13)<br>03/08/2024 |

| CODE | FACILITY CODE | |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers    ☐ is extended,    ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |
| X | FAR 52.212-4(l) Termination for the Government's convenience | |

| E. IMPORTANT: | Contractor | ☒ is not | ☐ is required to sign this document and return _____ copies to the issuing office. |
|---|---|---|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

GSA Contract #: GS-33F-0025V
UEI:   D5BNEHB3UL89
POINTS OF CONTACT
COR: Karl Kirk, (480) 638-8565, Karl.V.Kirk@ice.dhs.gov
CO: Tasha Wang, (682) 308-7915, Tasha.R.Wang@ice.dhs.gov
CS: Nicholas Zdanuk, (771) 215-7198, Nicholas.Zdanuk@ice.dhs.gov
Contractor POC: Rich DeLucia, (817) 505-5650, delucia@csiaviation.com.

In accordance with the BPA Terms and Conditions, Section 2.12, the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) is issuing this cancellation of the BPA. The cancellation date is effective immediately.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TASHA R. WANG |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>TASHA W WANG<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>Digitally signed by TASHA W WANG<br>Date: 2025.04.18 15:47:57 -05'00' |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR24A00000001/P00004 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR Csi Aviation, Inc. | | | | | | |
| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | |
| | . Period of Performance: 03/08/2024 to 04/18/2025 | | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE OF PAGES: 1 / 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
ICE Office of Acquisition Management
500 12th St SW
WASHINGTON DC 20024

ICE/Detention Compliance & Removals
ICE Office of Acquisition Management
500 12th St SW
Washington DC 20024

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

CSI AVIATION INC
ATTN THOMAS DUNN
3700 RIO GRANDE BLVD NW
STE 1
ALBUQUERQUE NM 871072876

(x)
9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

x  10A. MODIFICATION OF CONTRACT/ORDER NO.
70CDCR24A00000001
70CDCR24FC0000003

10B. DATED (SEE ITEM 13)
03/11/2024

| CODE | D5BNEHB3UL89 | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |
| X | FAR 52.212-4(l) Termination for the Government's convenience | |

**E. IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return ___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

GSA Contract #: GS-33F-0025V
UEI: D5BNEHB3UL89
POINTS OF CONTACT
COR: Karl Kirk, (480) 638-8565, Karl.V.Kirk@ice.dhs.gov
CO: Tasha Wang, (682) 308-7915, Tasha.R.Wang@ice.dhs.gov
CS: Nicholas Zdanuk, (771) 215-7198, Nicholas.Zdanuk@ice.dhs.gov
Contractor POC: Rich DeLucia, (817) 505-5650, delucia@csiaviation.com.

This BPA Call is being terminated for the convenience of the Government pursuant to FAR 52.212-4(l) (Contract Terms and Conditions—Commercial Products and Commercial Services) (Dec 2022). This termination for convenience is a complete termination and is effective Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | TASHA R. WANG |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | TASHA W WANG — Digitally signed by TASHA W WANG, Date: 2025.04.18 15:49:58 -05'00' (Signature of Contracting Officer) | |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR24A00000001/70CDCR24FC0000003/P00004 | PAGE 2 | OF 2 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CSI AVIATION INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | immediately.<br>.<br>Period of Performance: 03/19/2024 to 03/18/2025 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

