# In the United States Court of Federal Claims

No. 25-286C
Filed: May 22, 2025

---

**CLASSIC AIR CHARTER, INC.,**

    *Plaintiff,*

**v.**

**UNITED STATES,**

    *Defendant,*

**and**

**CSI AVIATION, INC.,**

    *Defendant-Intervenor*.

---

## ORDER

The Court will hold oral argument on the defendant's motion to dismiss the complaint for mootness on **May 29, 2025, at 9:30 a.m. EDT** at the National Courts Building (717 Madison Pl NW) in Washington, D.C.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**