# In the United States Court of Federal Claims

No. 25-286C
Filed: May 29, 2025

---

**CLASSIC AIR CHARTER, INC.,**

    *Plaintiff,*

v.

**UNITED STATES,**

    *Defendant,*

and

**CSI AVIATION, INC.,**

    *Defendant-Intervenor.*

---

## ORDER

On May 29, 2025, the Court held oral argument on the defendant's motion to dismiss. During oral argument, counsel for the plaintiff and the defendant requested time to engage in further settlement discussions to try to reach a consensual resolution of the plaintiff's claim for bid preparation costs. That request was granted.

Accordingly, the case is **STAYED** pending further order of the Court. The parties shall file a joint status report no later than **June 12, 2025**.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**