IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| CLASSIC AIR CHARTER, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) No. 25-286C |
| Defendant, | ) Judge Hertling |
| and | ) |
| CSI AVIATION, INC. | ) |
| Defendant-Intervenor. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's May 29, 2025 order (ECF No. 51, the parties respectfully submit this status report. Immigration and Customs Enforcement is currently working to implement a proposal that would result in the voluntary dismissal of this protest. The parties respectfully request that the Court continue to stay this case and order the parties to submit a further status report no later than July 3, 2025. The parties will make every effort to resolve this matter before then and will advise the Court promptly if an agreement is reached regarding a voluntary dismissal

.

                                                Respectfully submitted,

                                                YAAKOV M. ROTH
                                                Acting Assistant Attorney General

                                                PATRICIA M. McCARTHY
                                                Director

|  |  |
|---|---|
| s/Aron C. Beezley<br>Aron C. Beezley<br>*Of Counsel:*<br>Nathaniel J. Greeson<br>Gabrielle A. Sprio<br>Bradley Arant Boult Cummings LLP<br>1615 L Street, N.W.<br>Suite 1350<br>Washington, DC 20036<br>Tel: (202) 719-8254<br>Email: abeezley@bradley.com<br>*Attorney of Record for Classic Air Charter, Inc.* | s/Douglas K. Mickle<br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br>s/Evan Wisser<br>EVAN WISSER<br>Senior Trial Counsel<br>KELLY PALAMAR<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-3682<br>Fax: (202) 307-0972<br>E-mail: evan.wisser@usdoj.gov<br>OF COUNSEL:<br>Javier A. Farfan<br>Senior Attorney<br>Commercial and Administrative Law Division<br>Office of the Principal Legal Advisor<br>U.S. Immigration and Customs Enforcement<br>*Attorneys for the United States*<br><br>s/Jennifer S. Zucker<br>Jennifer S. Zucker (Attorney-of-Record)<br>Melissa P. Prusock<br>Christopher M. O'Brien<br>Eleanor M. Ross<br>Cassidy Kim<br>Olivia C. Bellini<br>GREENBERG TRAURIG, LLP<br>2101 L Street, NW, Suite 1000<br>Washington, DC 20037<br>(202) 530-8515<br>(202) 331-3101 (Fax)<br>zuckerjs@gtlaw.com<br><br>*Counsel for CSI Aviation, Inc.* |

Dated: June 12, 2025