# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

(Electronically Filed on June 24, 2025)

|  |  |
|---|---|
| CLASSIC AIR CHARTER, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 25-286C |
| THE UNITED STATES, ) | Judge Richard A. Hertling |
| Defendant, ) | |
| and ) | |
| CSI AVIATION, INC. ) | |
| Defendant-Intervenor. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims, Plaintiff, Classic Air Charter, Inc., hereby respectfully submits this notice of voluntary dismissal with prejudice of the above-captioned action.

June 24, 2025

Respectfully submitted,

/s/Aron C. Beezley
Aron C. Beezley
Bradley Arant Boult Cummings LLP
1900 K Street, N.W.
Suite 800
Washington, D.C. 20006
Email: abeezley@bradley.com
Tel.: (202) 719-8254
*Attorney of Record for Classic Air Charter, Inc.*

*Of Counsel:*

Nathaniel J. Greeson
Gabrielle A. Sprio
Bradley Arant Boult Cummings LLP