# In the United States Court of Federal Claims

**No. 25-286 C**
**Filed: June 24, 2025**

```
*************************************
CLASSIC AIR CHARTERS, INC.,        *
              Plaintiff,           *
                                   *            JUDGMENT
      v.                           *
                                   *
UNITED STATES,                     *
              Defendant,           *
                                   *
      and                          *
                                   *
CSI AVIATION, INC.,                *
              Intervenor-Defendant.*
*************************************
```

Pursuant to the court's Order, filed June 24, 2025, and the plaintiff's notice of voluntary dismissal, also filed June 24, 2025,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed with prejudice. No costs are awarded.

Lisa L. Reyes
Clerk of Court

By:      s/Ashley Reams
Deputy Clerk