# In the United States Court of Federal Claims

No. 25-286C
Filed: May 26, 2026

| |
|---|
| **CLASSIC AIR CHARTER, INC.,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**UNITED STATES,**<br><br>*Defendant,*<br><br>**and**<br><br>**CSI AVIATION, INC.,**<br><br>*Defendant-Intervenor.* |

## ORDER

The clerk entered final judgment in the above-captioned case on June 24, 2025. A review of the record indicates that defendant has not yet filed with the clerk the complete administrative record as required by Appendix C, ¶ 28, Rules of the United States Court of Federal Claims. Accordingly, on or before **June 5, 2026**, defendant shall file the complete administrative record with the clerk either via the court's electronic-filing system or via a portable storage disc or drive.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**